*E-Filed 9/1/10*

1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD M. ATKINS & ABEL B DIAZ, married couple,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LITTON LOAN SERVICING, LLP; OWNIT MORTGAGE SOLUTIONS, LLC; THE WOLF FIRM, DOES 1 THROUGH 20, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. C 10-0561<br><br>[~~PROPOSED~~] ORDER EXTENDING TMIE TO FILE AND SERVE FIRST AMENDED COMPLAINT OF PLAINTIFFS |

~~PROPOSED~~ ORDER
CASE NO. C 10-0561

1    **IT IS HEREBY ORDERED** that pursuant to the Joint Stipulation between
2  all parties to extend time, the Plaintiffs Chad Atkins and Abel B. Diaz shall file and
3  serve their First Amended Complaint no later than September 10, 2010.
4    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6  DATED: __9/1/10_____

_____
HONORABLE RICHARD SEEBORG

**PROPOSED ORDER**
**CASE NO. C 10-0561**