*E-Filed 9/13/10*

1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD M. ATKINS & ABEL B DIAZ, married couple, | Case No. C 10-0561 |
| Plaintiffs, | [PROPOSED] ORDER EXTENDING TMIE TO FILE AND SERVE FIRST AMENDED COMPLAINT OF PLAINTIFFS AND CONTINUING CASE MANAGMENT CONFERENCE |
| vs. | |
| LITTON LOAN SERVICING, LLP; OWNIT MORTGAGE SOLUTIONS, LLC; THE WOLF FIRM, DOES 1 THROUGH 20, INCLUSIVE, | |
| Defendants. | |

1

**PROPOSED** ORDER
CASE NO. C 10-0561

1  **IT IS HEREBY ORDERED** that pursuant to the Joint Stipulation between all parties to extend time, the Plaintiffs Chad Atkins and Abel B. Diaz shall file and serve their First Amended Complaint no later than September 30, 2010.

**IT IS HEREBY ORDERED** that the September 23, 2010, Case Management Conference is continued to  December 16 , 2010, at  10:00 a.m.  .

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 9/10/10

_____
HONORABLE RICHARD SEEBORG