*E-Filed 10/1/10*

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD M. ATKINS & ABEL B DIAZ, married couple, <br><br> Plaintiffs, <br><br> vs. <br><br> LITTON LOAN SERVICING, LLP; OWNIT MORTGAGE SOLUTIONS, LLC; THE WOLF FIRM, DOES 1 THROUGH 20, INCLUSIVE, <br><br> Defendants. | Case No. C 10-0561 RS <br><br> [PROPOSED] ORDER EXTENDING TMIE TO FILE AND SERVE FIRST AMENDED COMPLAINT OF PLAINTIFFS AND CONTINUING CASE MANAGMENT CONFERENCE |

1    **IT IS HEREBY ORDERED** that pursuant to the Joint Stipulation between all parties to extend time, the Plaintiffs Chad Atkins and Abel B. Diaz shall file and serve their First Amended Complaint no later than December 31, 2010.

**IT IS HEREBY ORDERED** that the December 16, 20~~10~~ 2011, Case Management Conference is continued to __February 10__, ~~2010~~, at _10:00 a.m._____. Joint Case Management Conference Statement due on February 3, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _10/1/10_____

_____
HONORABLE RICHARD SEEBORG

2

~~PROPOSED~~ **ORDER**
**CASE NO. C 10-0561**