1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | CHAD M. ATKINS & ABEL B DIAZ,    ) Case No.  C 10-0561
   | married couple,                  )
11 |                                  )
   |            Plaintiffs,           ) [~~PROPOSED~~] ORDER EXTENDING
12 |                                  ) TMIE TO FILE AND SERVE FIRST
   | vs.                              ) AMENDED COMPLAINT OF
13 |                                  ) PLAINTIFFS AND CONTINUING CASE
   | LITTON LOAN SERVICING, LLP; OWNIT) MANAGMENT CONFERENCE
14 | MORTGAGE SOLUTIONS, LLC; THE     )
   | WOLF FIRM, DOES 1 THROUGH 20,    )
15 | INCLUSIVE,                       )
   |                                  )
16 |            Defendants.           )
17                                    )
18                                    )
19                                    )
20                                    )
21
22
23
24
25
26
27
28

~~PROPOSED~~ ORDER
CASE NO. C 10-0561

1  **IT IS HEREBY ORDERED** that pursuant to the Joint Stipulation between
2  all parties to extend time, the Plaintiffs Chad Atkins and Abel B. Diaz shall file and
3  serve their First Amended Complaint no later than January 31, 2011.
4  **IT IS HEREBY ORDERED** that the Case Management Conference is
5  continued to __March 17__, 2011, at __10:00 a.m.__.
6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
7
8  DATED: __1/3/11__
9
10                                    _____
11                                    HONORABLE RICHARD SEEBORG