United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD M. ATKINS and ABEL DIAZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>LITTON LOAN SERVICING LLP, et al.<br><br>    Defendants. | No. 10-00561  EDL<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION TO APPEAR TELEPHONICALLY** |

On June 9, 2011, Plaintiffs filed a request to appear telephonically at the initial case management conference set for June 14, 2011 at 3:00 p.m.  IT IS HEREBY ORDERED that the Request is GRANTED.  Plaintiffs shall stand by beginning at the date and time above until called by the Court.  No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.   If the Court concludes that the absence of any party is interfering with the case management conference, the Court may continue the conference and may order personal attendance by each party.

Dated: June _10_, 2011

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge