Ronald D. Roup (94495) ron@rouplaw.com
Joan C. Spaeder-Younkin (192235) joan@rouplaw.com
ROUP & ASSOCIATES, A LAW CORPORATION
23101 Lake Center Drive, Suite 310
Lake Forest, California 92630
(949) 472-2377; Fax: (949) 472-2317

Attorneys for Defendant,
LITTON LOAN SERVICING LP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD M. ATKINS & ABEL B DIAZ, married couple,<br><br>Plaintiff,<br><br>vs.<br><br>LITTON LOAN SERVICING, LLP; OWNIT MORTGAGE SOLUTIONS, LLC; THE WOLF FIRM, DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | **Case No. 3:10- CV-00561-EDL**<br><br>[PROPOSED]<br>**ORDER CONTINUING FEDERAL RULE OF CIVIL PROCEDURE 26(f) DEADLINES**<br><br>**Hearing: Case Management Conference & MTD/MTS re FAC**:<br>Date:     August 23, 2011<br>Time:     9:00 p.m.<br>Ctrm.:    F<br>Magistrate Judge Elizabeth D. Laporte<br><br>Action filed: February 9, 2010<br>Trial date: None set |

Having considered the Parties' Joint Stipulation to Continue Federal Rules of Civil Procedure 26(f) deadlines, IT IS HEREBY ORDERED that the Parties' Rule 26(f) deadlines are continued as follows:

---

1

**ORDER CONTINUING FEDERAL RULE OF
CIVIL PROCEDURE 26(f) DEADLINES**

1. The Parties' Rule 26 disclosures shall be exchanged two (2) weeks from the date the pleadings are deemed settled, i.e., when an answer is filed by Defendant Litton Loan Servicing LP.

Dated: __August 18_____, 2011

_____
Judge of the United States District Court
for Northern District of California